| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Milstead & Associates, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 227452-3<br>Attorneys for Secured Creditor: Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | |
| In Re:<br><br>Joelle A. Joseph | Case No.: 18-25744-SLM<br>Chapter 13<br><br>Hearing Date: November 14, 2018<br>Time: 9:00 a.m.<br><br>Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: _____Objection to Chapter 13 Plan Confirmation_____

Date: November 13, 2018            /s/ Andrew M. Lubin, Esquire
                                    Signature

*Rev8/1/15*